# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
June 20, 2024
Nathan Ochsner, Clerk of Court

Certified as a true copy and issued as the mandate on Jun 20, 2024

Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-20120

United States Court of Appeals
Fifth Circuit
**FILED**
May 28, 2024
Lyle W. Cayce
Clerk

JOSEPH WORK,

*Plaintiff—Appellee,*

*versus*

INTERTEK RESOURCE SOLUTIONS, INCORPORATED,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-2960

---

Before RICHMAN, *Chief Judge,* and GRAVES, and WILSON, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 20, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 23-20120 Work v. Intertek
USDC No. 4:22-CV-2960

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:

Mr. Richard J. Burch
Mr. Andrew Wells Dunlap
Mr. David Michael Mathews
Mr. Stephen J. Quezada
Ms. Lindsay Itkin Reimer
Ms. Carolyn Ann Russell
Mr. Ryan Joseph Swink